AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York (Foley Square)

Raffadeen et al.

v.

Ameriquest Mortgage Company

**APPEARANCE**

Case Number: 1:07-cv-06415-AKH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edwin Raffadeen & Bibi Raffadeen, Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2007 | *[signature]* |
| Date | Signature |
| | Andrew G. Pizor               AP4249 |
| | Print Name            Bar Number |
| | Consumer Law Group, 35 Cold Spring Rd., Suite 512 |
| | Address |
| | Rocky Hill        CT        06067 |
| | City        State        Zip Code |
| | (860) 571-0408        (860) 571-7457 |
| | Phone Number            Fax Number |