UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

EDWIN RAFFADEEN AND BIBI RAFFADEEN

Plaintiff(s)

Index #: 07 CV 6415

- against -

Date Filed:

AMERIQUEST MORTGAGE COMPANY

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARLO JEAN-FRANCOIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 27, 2007 at 01:05 PM at

REGISTERED AGENT
BY NATIONAL REGISTERED AGENTS, INC.
875 AVENUE OF THE AMERICAS SUITE 501 ROOM #501
NEW YORK, NY10001

deponent served the within true copy of the SUMMONS & COMPLAINT on AMERIQUEST MORTGAGE COMPANY, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. MARIA GARCIA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 45 | 5'8 | 200 |

Sworn to me on: July 27, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**CARLO JEAN-FRANCOIS**
License #: 911217
Docket #: 493394