Seitcindlin, J

8/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
EDWIN RAFFADEEN and BIBI
RAFFADEEN,

              Plaintiffs,

              v.

AMERIQUEST MORTGAGE COMPANY,

              Defendant.

----------------------------------------------------------- X

07 CV 6415 (SAS)

ECF

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through their undersigned counsel of record, that the time for Defendant Ameriquest Mortgage Company, to move, answer, or otherwise respond to Plaintiffs' Complaint shall be extended until September 5, 2007.

Dated: New York, New York
       August 15, 2007

_____
Brian L. Bromberg (BB 6264)
BROMBERG LAW OFFICE PC
40 Exchange Place, Suite 2010
New York, New York 10005
(212) 248-7906
*Attorney for Plaintiffs*

_____
Jeffrey W. Lang (JL 6021)
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
*Attorney for Defendant.*

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

8/17/07