*Scheindlin, J*

08/25/2007  04:47    2122487908                BROMBERG LAW OFFICE              PAGE 02/02

08/23/07  THU 15:46 FAX 2124796282                       .                              ☑002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWIN RAFFADEEN and BIBI
RAFFADEEN,

        Plaintiffs,

    vs.

AMERIQUEST MORTGAGE COMPANY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07-CV-6415 (SAS)
ECF

**STIPULATION AND ORDER
EXTENDING TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for the parties in the above-captioned action that the time for Defendant Ameriquest

Mortgage Company to move, answer, or otherwise respond to Plaintiffs' Complaint shall be

extended until September 30, 2007.

Dated: New York, New York
     August 24, 2007

Brian L. Bromberg (BB 6264)
BROMBERG LAW OFFICE, P.C.
40 Exchange Place, Suite 2010
New York, New York 10005
Phone: (212) 248-7906
Fax: (212) 248-7908
*Attorneys for Plaintiffs*

Scott J. Pashman (SP 7620)
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036-7798
Phone: (212) 479-6000
Fax: (212) 479-6275
*Attorneys for Defendant*

SO ORDERED:

Hon. Shira A. Scheindlin
United States District Judge

8/27/07