```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
EDWIN RAFFADEEN and BIBI          :
RAFFADEEN,                         :
                                   :   Case No. 07-CV-6415 (SAS)
        Plaintiffs,                :   ECF
                                   :
    vs.                            :   STIPULATION AND ORDER
                                   :   EXTENDING TIME FOR DEFENDANT
AMERIQUEST MORTGAGE COMPANY,       :   TO ANSWER OR OTHERWISE
                                   :   RESPOND TO COMPLAINT
        Defendant.                 :
-------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-captioned action that the time for Defendant Ameriquest Mortgage Company to move, answer, or otherwise respond to Plaintiffs' Complaint shall be extended until October 19, 2007.

Dated: New York, New York
       September 28, 2007

_____          _____
Brian L. Bromberg (BB 6264)            Scott J. Pashman (SP 7620)
BROMBERG LAW OFFICE, P.C.              COOLEY GODWARD KRONISH LLP
40 Exchange Place, Suite 2010          1114 Avenue of the Americas
New York, New York 10005               New York, New York 10036-7798
Phone: (212) 248-7906                  Phone: (212) 479-6000
Fax: (212) 248-7908                    Fax: (212) 479-6275
*Attorneys for Plaintiffs*             *Attorneys for Defendant*

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge

10/2/07