10/17/2007  10:52   2122487908                  BROMBERG LAW OFFICE                    PAGE 02/02
10/17/07  WED 10:44 FAX 2124796282                                                    ☒002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EDWIN RAFFADEEN and BIBI
RAFFADEEN,

    Plaintiffs,

vs.

AMERIQUEST MORTGAGE COMPANY,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07-CV-6415 (SAS)
ECF

**STIPULATION AND ORDER
EXTENDING TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-captioned action that the time for Defendant Ameriquest Mortgage Company to move, answer, or otherwise respond to Plaintiffs' Complaint shall be extended until November 19, 2007.

Dated: New York, New York
       October 17, 2007

_____
Brian L. Bromberg (BB 6264)
BROMBERG LAW OFFICE, P.C.
40 Exchange Place, Suite 2010
New York, New York 10005
Phone: (212) 248-7906
Fax: (212) 248-7908
*Attorneys for Plaintiffs*

_____
Scott J. Pashman (SP 7620)
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, New York 10036-7798
Phone: (212) 479-6000
Fax: (212) 479-6275
*Attorneys for Defendant*

SO ORDERED:

_____   Date: Oct 19, 2007
Hon. Shira A. Scheindlin
United States District Judge