10/17/2007 10:52  2122487908                    BROMBERG LAW OFFICE                          PAGE 02/02
    10/17/07  WED 10:44  FAX 2124796282                                                              ☒002

Sch/nd/...

10/23/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
EDWIN RAFFADEEN and BIBI        :
RAFFADEEN,
                                :   Case No. 07-CV-6415 (SAS)
            Plaintiffs,             ECF
                                :
    vs.                             STIPULATION AND ORDER
                                :   EXTENDING TIME FOR DEFENDANT
AMERIQUEST MORTGAGE COMPANY,        TO ANSWER OR OTHERWISE
                                :   RESPOND TO COMPLAINT
            Defendant.
                                :
------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-captioned action that the time for Defendant Ameriquest Mortgage Company to move, answer, or otherwise respond to Plaintiffs' Complaint shall be extended until November 19, 2007. *This will not affect the scheduling of the Initial conference.*

Dated: New York, New York
       October 17, 2007

_____                    _____
Brian L. Bromberg (BB 6264)                  Scott J. Pashman (SP 7620)
BROMBERG LAW OFFICE, P.C.                    COOLEY GODWARD KRONISH LLP
40 Exchange Place, Suite 2010                1114 Avenue of the Americas
New York, New York 10005                     New York, New York 10036-7798
Phone: (212) 248-7906                        Phone: (212) 479-6000
Fax: (212) 248-7908                          Fax: (212) 479-6275
*Attorneys for Plaintiffs*                   *Attorneys for Defendant*

SO ORDERED:

_____                    Date: Oct 22, 2007
Hon. Shira A. Scheindlin
United States District Judge